# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 20, 2021

Mr. Alvin Coates
F.C.I. Morgantown
P.O. Box 1000
Morgantown, WV 26507

Mr. Benjamin Coats
Mr. Brant Cook
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Re: Case No. 20-1819, *USA v. Alvin Coates*
Originating Case No. : 2:16-cr-20414-5

Dear Mr. Coates and Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. David J. Weaver

Enclosure

No. 20-1819

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| | ) | Jan 20, 2021 |
| Plaintiff-Appellee, | ) | DEBORAH S. HUNT, Clerk |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ALVIN COATES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

The defendant appeals the district court's order denying his motion for compassion release. The clerk previously granted the defendant's motion for an extension of time in which to file his reply brief, granting him until January 11, 2021. The clerk received the defendant's reply brief on January 19, 2021, with a certificate of service dated January 14, 2021.

Acknowledging that the defendant may not have received the clerk's ruling letter granting until January 11 to file the reply brief, and noting that no party will be prejudiced if the clerk accepts the reply brief, the January 14, 2021 reply brief is accepted as timely filed.

                                      ENTERED PURSUANT TO RULE 45(a)
                                      RULES OF THE SIXTH CIRCUIT

                                      Deborah S. Hunt, Clerk